

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2022

No. 04-21-00463-CV

**IN THE INTEREST OF M.M., J.M.M., AND L.A.M., CHILDREN**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00974
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2.

The appellee's brief was due on January 11, 2022. On January 11, 2022, appellee filed a motion requesting a ten-day extension of time in which to file its brief. The motion is GRANTED, and appellee is **ORDERED** to file its brief **no later than January 21, 2022**.

Given the time constraints governing the disposition of this appeal, **further requests for extensions of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court